■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANCESCO PRAINITO, Appellant. [783 NYS2d 824]—Appeal by the defendant, by permission, from a judgment of the Supreme Court, Queens County (Rosengarten, J.), rendered September 4, 2002, convicting him of assault in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention on appeal, there was no arguable factual basis to set aside his plea of guilty (cf. People v Melio, 304 AD2d 247 [2003]). Ritter, J.P., Santucci, Cozier and Skelos, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v QI ZHONG LIN, Also Known as LIN QIZHONG, Appellant. [783 NYS2d 844]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated December 6, 1999 (People v Qi Zhong Lin, 267 AD2d 256 [1999]), modifying a judgment of the Supreme Court, Queens County, rendered March 11, 1997.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (see Jones v Barnes, 463 US 745 [1983]; People v Stultz, 2 NY3d 277 [2004]). Altman, J.P., Smith, S. Miller and Schmidt, JJ., concur.